

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALINE ZENO, on behalf of herself and all others similarly situated | * | CIVIL ACTION NO. 00-0282 |
| | * | COMPLAINT-CLASS ACTION |
| VERSUS | * | DEMAND FOR JURY TRIAL |
| JOHNSON AND JOHNSON, et al | * | SECTION "L" |
| | * | MAGISTRATE (3) |

FILED:_____      _____
                                                      DEPUTY CLERK

### CONSENT MOTION FOR EXTENSION OF TIME AND STATUS CONFERENCE

**NOW INTO COURT,** through undersigned counsel, come defendants, Johnson & Johnson Company and Janssen Pharmaceutica Inc., who, with consent of counsel for plaintiff, request an extension of time to plead and for the scheduling of a Status Conference with the Court, for the following reasons:

1. Plaintiff brings this putative class action claim on behalf of herself and others similarly situated.

2. Preliminarily, the Court will need to address class certification.

DATE OF ENTRY
MAR 3 0 2000

3. Counsel for plaintiff and defendants are discussing a proposal for the Court's consideration that would provide a schedule for the presentation of the class certification issue to the Court.

4. Counsel for plaintiff and the defendants believe that a Status Conference with the Court would be helpful in implementing a Scheduling Order.

5. In the meantime, defendants request an indefinite extension of time within which to file responsive pleadings pending a Status Conference and the issuance of an appropriate Order. Plaintiff has no objection to this extension.

Respectfully submitted,

MONTGOMERY, BARNETT, BROWN, READ,
HAMMOND & MINTZ, L.L.P.

BY: _____
JAMES B. IRWIN (# 7172)
QUENTIN F. URQUHART (#14475)
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200
Phone: (504) 585-3200
Fax:   (504) 585-7688

ATTORNEY FOR DEFENDANTS,
JOHNSON & JOHNSON COMPANY AND
JANSSEN PHARMACEUTICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALINE ZENO, on behalf of herself and all others similarly situated | * | CIVIL ACTION NO. 00-0282 |
| | * | COMPLAINT-CLASS ACTION |
| VERSUS | * | DEMAND FOR JURY TRIAL |
| JOHNSON AND JOHNSON, et al | * | SECTION "L" |
| | * | MAGISTRATE (3) |

### ORDER

Considering the foregoing motion:

IT IS ORDERED that a Status Conference be held on 16TH day of MAY, 2000, at 2:30 o'clock p. m. for the purpose of implementing an appropriate order for determination of class certification. Pending that conference, defendants, Johnson & Johnson Company and Janssen Pharmaceutica Inc., be and they are hereby granted an extension of 45 DAYS to plead in this matter.

New Orleans, Louisiana, this 28TH day of MARCH, 2000.

_____
UNITED STATES DISTRICT JUDGE