

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALINE ZENO,** | * | CIVIL ACTION NO. 00282 |
| on behalf of herself and all others | | |
| similarly situated | * | SECTION "L" |
| **VERSUS** | * | MAGISTRATE 3 |
| **JOHNSON AND JOHNSON, et al.** | * | |

**CONSENT MOTION FOR EXTENSION OF
TIME TO FILE MOTION FOR CLASS CERTIFICATION**

**NOW INTO COURT,** through undersigned counsel come plaintiffs, who, with consent of counsel for defendants, request an extension of time in which to file a motion for class certification under Federal Rule of Civil Procedure 23(c)(1) for the following reasons:

1. Plaintiff filed this class action on behalf of herself and all others similarly situated on January 28, 2000.

2. Under Local Rules, plaintiffs are required to move for class certification within 90 days of the filing of the class action complaint.

DATE OF ENTRY
APR 27 2000



3. Counsel for plaintiffs and defendants are discussing a proposal for the Court's consideration that would provide a schedule for the presentation of the class certification issue to the Court.

4. A Status Conference has been set for May 16, 2000 at 2:30 p.m. for the purpose of implementing an appropriate order for determination of class certification.

5. It is anticipated that a scheduling order shall be issued by this Court which will set forth the date when plaintiffs must file their Motion for Class Certification.

6. Plaintiffs, therefore, request an extension of time within which to file their Motion for Class Certification until the establishment of said date in a Scheduling Order to be implemented by the Court and the parties herein.

Respectfully submitted,

_____
ROY F. AMEDEE, JR. (#2449)
425 West Airline Highway, Suite B
LaPlace, LA 70068
Telephone: (504) 651-6101

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this _____ day of _____, 2000 served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALINE ZENO, | * | CIVIL ACTION NO. 00282 |
| on behalf of herself and all others similarly situated | * | SECTION "L" |
| VERSUS | * | MAGISTRATE 3 |
| JOHNSON AND JOHNSON, et al. | * | |

# O R D E R

Considering the foregoing motion;

**IT IS ORDERED** that the 90 day time period in which plaintiffs must move for class certification is hereby extended until said date is established in a Scheduling Order to be implemented by the Court and the parties herein.

New Orleans, Louisiana, this 26TH day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE

-3-