

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -2 P 3: 51

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALINE ZENO, on behalf of herself and all others similarly situated | * * * * | CIVIL ACTION NO. 00-0282 |
| VERSUS | * * | SECTION "L" |
| JOHNSON AND JOHNSON, et al | * * * | MAGISTRATE (3) |

FILED _____   _____
                                                            DEPUTY CLERK

### EX PARTE MOTION TO ALLOW VISITING ATTORNEY TO APPEAR AND PARTICIPATE AS CO-COUNSEL

**NOW INTO COURT,** through undersigned counsel, come James B. Irwin, a member of the Bar of this Court and counsel of record for defendants, Johnson & Johnson Company and Janssen Pharmaceutica Inc., and pursuant to Uniform District Court Rule LR 83.2.6(E) moves this Court to permit Donald F. Zimmer, Jr. of the law firm of Preuss Walker & Shanager LLP, 225 Bush Street, 15th Floor, San Francisco, California 94104, telephone No. (415) 397-1730, to appear and participate as co-counsel for Johnson & Johnson Company and Janssen Pharmaceutica Inc. in the above-



DATE OF ENTRY
MAY - 5 2000



Fee $5.00
__Process__
X Dktd
__CtRmDep__
Doc.No.___

captioned matter. The certificate and affidavit required by LR 83.2.6(E) for the visiting attorney are attached hereto.

> Respectfully submitted,
>
> MONTGOMERY, BARNETT, BROWN, READ,
> HAMMOND & MINTZ, L.L.P.
>
> BY: _____
> JAMES B. IRWIN (# 7172)
> QUENTIN F. URQUHART (#14475)
> 3200 Energy Centre
> 1100 Poydras Street
> New Orleans, LA 70163-3200
> Phone: (504) 585-3200
> Fax:    (504) 585-7688
>
> ATTORNEY FOR DEFENDANTS,
> JOHNSON & JOHNSON COMPANY AND
> JANSSEN PHARMACEUTICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by mailing a copy of same to each by First Class United States mail, , properly address and postage prepaid, on this 2nd day of May, 2000.

_____

F:\SIRWIN\JANSSEN\Zeno\Prohac2.wpd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALINE ZENO, on behalf of herself and all others similarly situated | * * * * | CIVIL ACTION NO. 00-0282 |
| VERSUS | * * | SECTION "L" |
| JOHNSON AND JOHNSON, et al | * * * | MAGISTRATE (3) |

## **ORDER**

Considering the foregoing Ex Parte Motion to Allow Visiting Attorney to Appear and Participate as Co-Counsel;

IT IS ORDERED that Donald F. Zimmer, Jr. be and is hereby granted leave of Court to appear and participate as co-counsel in the captioned matter for defendants, Johnson & Johnson Company and Janssen Pharmaceutica Inc.

New Orleans, Louisiana, this 3rd day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE