```
            FILED
       U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

       2000 MAY -2  P 3: 52

       LORETTA G. WHYTE
             CLERK
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALINE ZENO, on behalf of herself and all others similarly situated | * * * * | CIVIL ACTION NO. 00-0282 |
| VERSUS | * * | SECTION "L" |
| JOHNSON AND JOHNSON, et al | * * * | MAGISTRATE (3) |

FILED:_____    _____
                                                    DEPUTY CLERK

## EX PARTE MOTION TO ALLOW VISITING ATTORNEY TO APPEAR AND PARTICIPATE AS CO-COUNSEL

**NOW INTO COURT,** through undersigned counsel, come James B. Irwin, a member of the Bar of this Court and counsel of record for defendants, Johnson & Johnson Company and Janssen Pharmaceutica Inc., and pursuant to Uniform District Court Rule LR 83.2.6(E) moves this Court to permit Charles F. Preuss of the law firm of Preuss Walker & Shanager LLP, 225 Bush Street, 15th Floor, San Francisco, California 94104, telephone No. (415) 397-1730, to appear and participate as co-counsel for Johnson & Johnson Company and Janssen Pharmaceutica Inc. in the above-captioned

```
DATE OF ENTRY
  MAY - 5 2000
```

```
Fee $_____
___Process___
X Dktd
___CtRmDep
Doc.No._____
```

matter. The certificate and affidavit required by LR 83.2.6(E) for the visiting attorney are attached hereto.

    Respectfully submitted,

    MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ, L.L.P.

    BY: _____
    JAMES B. IRWIN (# 7172)
    QUENTIN F. URQUHART (#14475)
    3200 Energy Centre
    1100 Poydras Street
    New Orleans, LA 70163-3200
    Phone: (504) 585-3200
    Fax:   (504) 585-7688

    ATTORNEY FOR DEFENDANTS,
    JOHNSON & JOHNSON COMPANY AND
    JANSSEN PHARMACEUTICA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by mailing a copy of same to each by First Class United States mail, , properly address and postage prepaid, on this 2nd day of May, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALINE ZENO, on behalf of herself and all others similarly situated | * * * * | CIVIL ACTION NO. 00-0282 |
| VERSUS | * * | SECTION "L" |
| JOHNSON AND JOHNSON, et al | * * * | MAGISTRATE (3) |

## **O R D E R**

Considering the foregoing Ex Parte Motion to Allow Visiting Attorney to Appear and Participate as Co-Counsel;

IT IS ORDERED that Charles F. Preuss be and is hereby granted leave of Court to appear and participate as co-counsel in the captioned matter for defendants, Johnson & Johnson Company and Janssen Pharmaceutica Inc.

New Orleans, Louisiana, this 3rd day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE