

MINUTE ENTRY
FALLON, J.
MAY 16, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALINE ZENO, ET AL | CIVIL ACTION |
| VERSUS | NUMBER 00-282 |
| JOHNSON & JOHNSON, ET AL. | SECTION "L" (3) |

    A status conference in the above captioned matter was held in Chambers on this date at 2:30 p.m. In attendance were Roy F. Amedee, Jr. and Daniel E. Becnel, Jr., for the plaintiffs and James B. Irwin, V, Quentin F. Urquhart, Jr., Charles F. Preuss, and Thomas Campion for the defendants. Scott Reis also attended. The parties discussed a joint scheduling order that would govern initial proceedings of this matter and indicated that a Joint Proposed Initial Case Management Order would be submitted to the Court.

    IT IS ORDERED that a status conference SHALL BE HELD in Chambers on Monday, September 11, 2000 at 8:30 a.m. Counsel shall submit a brief status letter outlining the case's progress to the Court not later than two days prior to the conference. The letter shall be no longer than two pages and may be faxed directly to Chambers at (504) 589-6966.

DATE OF ENTRY
MAY 17 2000