

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALINE ZENO, <br> on behalf of herself and all others <br> similarly situated | * <br> * <br> * <br> * | CIVIL ACTION NO. 00-0282 |
| VERSUS | * <br> * | SECTION "L" |
| JOHNSON AND JOHNSON, et al | * <br> * <br> * | MAGISTRATE (3) |

FILED:_____   _____
                                              DEPUTY CLERK

### EX PARTE MOTION TO ALLOW VISITING ATTORNEY
### TO APPEAR AND PARTICIPATE AS CO-COUNSEL

**NOW INTO COURT**, through undersigned counsel, come James B. Irwin and Kim E. Moore, members of the Bar of this Court and counsel of record for defendants, Johnson & Johnson Company and Janssen Pharmaceutica Inc., and pursuant to Uniform District Court Rule LR 83.2.6(E) move this Court to permit Thomas F. Campion of the law firm of Drinker, Biddle & Shanley LLP, 500 Campus Drive, Florham Park, New Jersey, 07932 telephone No. (973)549-7300, to appear and participate as co-counsel for Johnson & Johnson Company and Janssen Pharmaceutica Inc. in the

DATE OF ENTRY
MAY 19 2000



above-captioned matter. The certificate and affidavit required by LR 83.2.6(E) for the visiting attorney are attached hereto.

                Respectfully submitted,

                MONTGOMERY, BARNETT, BROWN, READ,
                  HAMMOND & MINTZ, L.L.P.

BY: _____
      JAMES B. IRWIN (# 7172)
      QUENTIN F. URQUHART (#14475)
      KIM E. MOORE (# 18653)
      3200 Energy Centre
      1100 Poydras Street
      New Orleans, LA 70163-3200
      Phone: (504) 585-3200
      Fax:   (504) 585-7688

      ATTORNEY FOR DEFENDANTS,
      JOHNSON & JOHNSON COMPANY AND
      JANSSEN PHARMACEUTICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by mailing a copy of same to each by First Class United States mail, , properly address and postage prepaid, on this ___15th___ day of May, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALINE ZENO,<br>on behalf of herself and all others<br>similarly situated | * * * * | CIVIL ACTION NO. 00-0282 |
| VERSUS | * * | SECTION "L" |
| JOHNSON AND JOHNSON, et al | * * * | MAGISTRATE (3) |

## O R D E R

Considering the foregoing Ex Parte Motion to Allow Visiting Attorney to Appear and Participate as Co-Counsel;

IT IS ORDERED that Thomas F. Campion be and is hereby granted leave of Court to appear and participate as co-counsel in the captioned matter for defendants, Johnson & Johnson Company and Janssen Pharmaceutica Inc.

New Orleans, Louisiana, this 16TH day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE