

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 18  P 1: 05

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALINE ZENO, <br> on behalf of herself and all others <br> similarly situated | * <br><br> * | CIVIL ACTION NO. 00-0282 <br><br> COMPLAINT-CLASS ACTION |
| VERSUS | * | DEMAND FOR JURY TRIAL |
| JOHNSON AND JOHNSON, et al | * | SECTION "L" |
| | * | MAGISTRATE (3) |

## CASE MANAGEMENT ORDER NO. 1

Having considered the proposals of the parties presented at the Preliminary Conference held on May 16, 2000, the Court HEREBY ORDERS:

1.  **Governing Rules.** Except as specifically provided for in this Order, these proceedings shall be conducted according to the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Eastern District of Louisiana.

2.  **Scope of Initial Discovery.** Prior to the issuance of this Court's decision on the issue of class certification, all discovery in this case shall be directed solely to the question of whether the requisites for class certification set forth in FRCP 23 have been satisfied. Until a decision on the issue of class certification is rendered, no discovery shall be conducted on the merits of plaintiffs' claims against defendants nor on the merits of any defense asserted by any defendant, except to the extent that such

DATE OF ENTRY
MAY 2 2 2000



Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc.No._____

discovery may be relevant to the issue of class certification.

3.   **Health Care Providers, Medical Authorizations and Prescription Records**. By June 1, 2000, Aline Zeno shall furnish to defendants a list of the names and addresses of all the doctors and medical facilities that have provided to her any health care within the past ten years. By June 1, 2000 she shall also furnish to defendants appropriately executed medical authorizations as may be necessary for defendants collect her medical records. By June 1, 2000, she shall also furnish any prescription, purchase and/or product usage records that may be in her possession regarding her use of Propulsid®.

4.   **Additional Class Representatives**. Any amendment to the pleadings adding additional class representatives shall be filed by June 15, 2000.

5.   **Health Care Providers, Medical Authorizations and Prescription Records for New Class Representatives.** Within thirty (30) days of the filing of an amended complaint adding class representatives, said representatives shall furnish to defendants a list of the names and addresses of all the doctors and medical facilities that have provided any health care within the past ten years. Within thirty (30) days of the filing of the amended complaint, said representatives shall furnish to defendants appropriately executed medical authorizations as may be necessary for defendants to collect their medical records. Within thirty (30) days of the filing of the amended complaint said class representatives shall also furnish any prescription, purchase and/or product usage records that may be in their possession regarding their use of Propulsid®.

6.   **Experts**. If it is the intention of plaintiffs to submit expert opinions in support of class certification, plaintiffs shall submit FRCP 26(a)(2)(B) affidavits to defendants from any expert by September 15, 2000. Defendants shall have until October 15, 2000, to submit to plaintiffs any FRCP 26(a)(2)(B) expert affidavits in response to plaintiff's expert affidavits.

7.  **Discovery Deadline**. Discovery related to whether this case shall be certified as a class pursuant to FRCP 23 shall be concluded by November 15, 2000.

8.  **Class Action Motion/Hearing.** Motion(s) to Certify and/or Strike Class Action Allegations shall be filed on or before December 15, 2000. Opposition Briefs shall be filed on or before January 15, 2001, and Reply Briefs not to exceed fifteen (15) pages may be filed on or before February 1, 2001. The Court will entertain oral argument on _____, at 9:00 a.m.

9.  **Confidentiality Order**. An order preserving the confidentiality of documents and information disclosed during the course of discovery may be confected jointly by the parties for submission to the Court for approval. If the parties are unable to agree on the content of such an order, they shall file separate motions and proposed orders with the Court.

10. **Motions for Summary Judgment**. The parties stipulate and agree that summary judgment motions shall not be filed and will be reserved until after issuance of the Court's decision on the issue of class certification.

11. **Disposition After Class Determination and Further Orders.** The Court will schedule appropriate deadlines after determination of the class certification question. Further Orders shall issue as may be appropriate.

DATED: MAY 17, 2000

_____
UNITED STATES DISTRICT JUDGE

3