

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN JACOBSEN | * | CIVIL ACTION NO. 00-0927 |
| | * | c/w 00-0282 |
| | * | |
| VERSUS | * | |
| | * | DEMAND FOR JURY TRIAL |
| | * | |
| JOHNSON & JOHNSON, et al. | * | SECTION "C" |
| | * | |
| | * | MAGISTRATE (3) |

*************************************************************************

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD

NOW INTO COURT, through undersigned counsel, come defendants, Johnson & Johnson (incorrectly named as "Johnson and Johnson Company") and Janssen Pharmaceutica, Inc., who, upon certifying to the Court that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time, request an extension of time of twenty (20) days from the date that pleadings would otherwise be due or until June 12, 2000 within which to file responsive pleadings.

DATE OF ENTRY
MAY 2 5 2000



Respectfully submitted,

MONTGOMERY, BARNETT, BROWN, READ,
HAMMOND & MINTZ, L.L.P.

BY: _____
 JAMES B. IRWIN (#07172)
 QUENTIN F. URQUHART, JR. (#14475)
 3200 Energy Centre
 1100 Poydras Street
 New Orleans, LA 70163-3200
 Telephone: (504) 585-3200

CHARLES F. PREUSS
DONALD F. ZIMMER, JR.
PREUSS, WALKER & SHANAGHER
225 Bush Street, 15th Floor
San Francisco, CA 94104-4207
Telephone: (415) 397-1730

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Answer has been served on all parties to this proceeding by depositing a copy of same in the United States Mail, properly addressed and First Class postage prepaid, on this ___22nd___ day of ___May___, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN JACOBSEN | * | CIVIL ACTION NO. 00-0927 |
| | * | c/w     00-0282 |
| | * | |
| VERSUS | * | |
| | * | DEMAND FOR JURY TRIAL |
| | * | |
| JOHNSON & JOHNSON, et al. | * | SECTION "C" |
| | * | |
| | * | MAGISTRATE (3) |

*******************************************************************

## ORDER

Considering the foregoing motion;

IT IS ORDERED that defendants, Johnson & Johnson, and Janssen Pharmaceutica, Inc., be and same are hereby granted an extension of time to plead in this matter of twenty (20) days or until June 12, 2000.

New Orleans, Louisiana this 23 day of May, 2000.

_____
JUDGE