

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALINE ZENO, ROBERT BATES, SAMANTHA REED, MICHAEL BARBOT, MABLE CHARLES And THEODORE ARMSTEAD | * | CIVIL ACTION NO. 00282 |
| | * | CLASS ACTION |
| | * | SECTION "L" |
| VERSUS | | |
| | * | MAGISTRATE 3 |
| JOHNSON AND JOHNSON, et al. | | |

### UNOPPOSED MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING CLASS ACTION COMPLAINT

NOW INTO COURT, through undersigned counsel, come Complainants in the above captioned matter, who respectfully pray for leave to file their First Supplemental and Amending Class Action Complaint. This Supplemental and Amending Class Action Complaint is filed with the consent of opposing counsel, and in accordance with Case Management Order No. 1.

WHEREFORE, for the foregoing reasons, Complainants respectfully request that this Honorable Court grant leave for the filing of their First Supplemental and Amending Class Action Complaint.

Respectfully submitted,

DANIEL E. BECNEL, JR. (#2926)
P. O. Drawer H
Reserve, Louisiana 70084
Telephone: (504) 536-1186

DATE OF ENTRY
JUN 2 0 2000

Fee_____
___Process___
X  Dktd    _____
___CtRmDep_____
Doc.No. 15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALINE ZENO, ROBERT BATES, SAMANTHA REED, MICHAEL BARBOT, MABLE CHARLES And THEODORE ARMSTEAD | * | CIVIL ACTION NO. 00282 |
| | * | CLASS ACTION |
| VERSUS | * | SECTION "L" |
| JOHNSON AND JOHNSON, et al. | * | MAGISTRATE 3 |

## ORDER

Considering the foregoing unopposed motion by Complainants in the above captioned matter for leave to file their First Supplemental and Amending Class Action Complaint,

**IT IS HEREBY ORDERED** that Complainants are granted leave to file their First Supplemental and Amending Class Action Complaint, and that such Complaint be filed into the record.

New Orleans, this 15TH day of June, 2000.

_____
**UNITED STATES DISTRICT JUDGE**