

FILED
U.S. DISTRICT COURT

2000 JUN 28  P 3: 32

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALINE ZENO, | * | CIVIL ACTION NO. 00-0282 |
| on behalf of herself and all others | * | c/w    00-0927 |
| similarly situated | * | |
| | * | COMPLAINT-CLASS ACTION |
| | * | |
| VERSUS | * | DEMAND FOR JURY TRIAL |
| | * | |
| JOHNSON AND JOHNSON, et al. | * | SECTION "L" |
| | * | |
| | * | MAGISTRATE (3) |

*************************************************************************

### EX PARTE MOTION TO ALLOW VISITING ATTORNEY TO APPEAR AND PARTICIPATE AS CO-COUNSEL

**NOW INTO COURT,** through undersigned counsel, come James B. Irwin, a member of the Bar of this Court and counsel of record for defendants, Johnson & Johnson Company and Janssen Pharmaceutica Inc., and pursuant to Uniform District Court Rule LR 83.2.6(E) move this Court to permit Susan M. Sharko of the law firm Drinker Biddle & Shanley LLP, 500 Campus Drive, Florham Park, New Jersey 07932-1047, telephone No. (973-360-1100), to appear and participate as co-counsel for Johnson & Johnson Company and Janssen Pharmaceutica Inc. in the above-captioned matter. The certificate and affidavit required by LR 83.2.6(E) for the visiting attorney are attached hereto.

DATE OF ENTRY
JUL 1 0 2000



Respectfully submitted,

MONTGOMERY, BARNETT, BROWN, READ,
HAMMOND & MINTZ, L.L.P.

BY: _____
JAMES B. IRWIN (#7172)
QUENTIN F. URQUHART (#14475)
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200
Phone: (504) 585-3200
Fax:   (504) 585-7688

ATTORNEY FOR DEFENDANTS,
JOHNSON & JOHNSON COMPANY AND
JANSSEN PHARMACEUTICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by mailing a copy of same to each by First Class United States mail, properly address and postage prepaid, on this 27th day of June, 2000.

_____

H:\MRIES\John&John\zeno\prohac

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALINE ZENO, on behalf of herself and all others similarly situated | * * * | CIVIL ACTION NO. 00-0282 |
| | * | COMPLAINT-CLASS ACTION |
| VERSUS | * * | DEMAND FOR JURY TRIAL |
| JOHNSON AND JOHNSON, et al. | * * | SECTION "L" |
| | * * | MAGISTRATE (3) |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

AFFIDAVIT OF SUSAN M. SHARKO

STATE OF NEW JERSEY   )
                      )
COUNTY OF MORRIS      )

SUSAN M. SHARKO, being duly sworn, deposes and says that:

1.   I am a partner with the law firm of Drinker Biddle & Shanley LLP, attorneys for defendants Johnson & Johnson and Janssen Pharmaceutica Inc. I have personal knowledge of the facts set forth in this affidavit.

2.   I was admitted to practice law before all courts in the State of New Jersey in 1979 and am currently a member in good standing. I have been admitted to practice before the following federal courts: the United States District Court for the District of New Jersey (1979),

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALINE ZENO, | * | CIVIL ACTION NO. 00-0282 |
| on behalf of herself and all others | * | c/w    00-0927 |
| similarly situated | * | |
| | * | COMPLAINT-CLASS ACTION |
| | * | |
| VERSUS | * | DEMAND FOR JURY TRIAL |
| | * | |
| JOHNSON AND JOHNSON, et al. | * | SECTION "L" |
| | * | |
| | * | MAGISTRATE (3) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **ORDER**

Considering the foregoing Ex Parte Motion to Allow Visiting Attorney to Appear and Participate as Co-Counsel;

IT IS ORDERED that Susan M. Sharko be and is hereby granted leave of Court to appear and participate as co-counsel in the captioned matter for defendants, Johnson & Johnson Company and Janssen Pharmaceutica Inc.

New Orleans, Louisiana, this 30TH day of June, 2000.

_____
UNITED STATES DISTRICT JUDGE