UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 FEB 26  AM 8: 34

LORETTA G. WHYTE
CLERK

IN RE:  PROPULSID
        PRODUCTS LIABILITY LITIGATION

MDL NO. 1355

SECTION:  L

JUDGE FALLON

Ref: Aline Zeno, et al v. Johnson & Johnson, et al
    Civil Action No. 00-282 and ONLY regarding
    plaintiff, Samantha Ann Reed

## RULE 54(b) JUDGMENT

Considering the Court's Order & Reasons entered herein on February 19, 2003,

and further considering that there is no just cause for delay, the Court directs the entry of

judgment under Federal Rule of Civil Procedure 54(b), accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of

defendants, Janssen Pharmaceutica, Inc. and Johnson & Johnson, and against plaintiff

Samantha Reed, dismissing said plaintiff's complaint with prejudice.  Each party is to bear

its own costs.

New Orleans, Louisiana, this 25 day of February, 2003.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
FEB 2 6 2003